# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO MARQUEZ, | NO. CV 09-7939 R (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| A. HEDGPETH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 7, 2011.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE